UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════

UNITED STATES OF AMERICA,

        v.                            ORDER
                                        08-CR-209A

RASHAWN DEWER,

                          Defendant.

═══════════════════════════════

This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr.,

pursuant to 28 U.S.C. § 636(b)(1)(A). On September 25, 2008, defendant filed

motions to suppress. On September 15, 2009, Magistrate Judge Schroeder filed

a Report and Recommendation, recommending that defendant's motions to

suppress be denied.

Defendant filed objections to the Report and Recommendation on

November 20, 2009, and the government filed a response thereto. Oral

argument on the objections was held on November 10, 2009. At the Court's

request, the parties filed supplemental briefing on November 20, 2009.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a _de novo_

determination of those portions of the Report and Recommendation to which

objections have been made. Upon a _de novo_ review of the Report and

Recommendation, and after reviewing the submissions and hearing argument

from the parties, the Court adopts the proposed findings of the Report and

Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Schroeder's

Report and Recommendation, defendant's motions to suppress are denied.

The case is referred back to Magistrate Judge Schroeder for further

proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: December 11, 2009